## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| WILLIE DRUMMOND, | : | |
| | | Civil Action No. 10-5944 (NLH) |
| Petitioner, | : | |
| v. | : | **ORDER** |
| WARDEN PAUL M. SCHULTZ, | : | |
| Respondent. | : | **CLOSED** |

For the reasons set forth in the Opinion filed herewith,

IT IS on this  15th  day of  August , 2011,

ORDERED that the Petition is DENIED; and it is further

ORDERED that the Clerk shall close the Court's file in this matter.


At Camden, New Jersey                /s/ Noel L. Hillman
                                     Noel L. Hillman
                                     United States District Judge